UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WALTER LEE HALL (#08528-030),

    Plaintiff,

                        CASE NO. 4:15-CV-13771
                        JUDGE TERRENCE G. BERG
                        MAGISTRATE JUDGE ANTHONY P. PATTI

    v.

KEVIN M. CHAPMAN,
NICHOLAS JUKURI and
FRANK O. FINCH,

    Defendants.

                                                                      /

## ORDER GRANTING DEFENDANTS' MOTION (DE 11) FOR ENLARGEMENT OF TIME IN WHICH TO ANSWER, MOVE OR OTHERWISE PLEAD TO THE COMPLAINT (DE 1)

    Walter Lee Hall (#08528-030) is currently incarcerated at FCI Milan.   On October 23, 2015, while incarcerated at FCI Milan, Plaintiff filed the instant lawsuit against Officer Chapman (Kevin M. Chapman), N. Jukuri (Nicholas Jukuri) and General Manager Finch (Frank O. Finch).   (DE 1; *see also* DEs 8-10.)

    This case has been referred to me for pretrial matters.   (DE 5.)   Currently before the Court is Defendants' January 19, 2016 motion for enlargement of time in which to answer, move or otherwise plead to the complaint.   (DE 11.)   Upon

consideration, Defendants' motion is **GRANTED**. Defendants **SHALL** file any answer, motion or other pleading to the complaint no later than March 7, 2016.

**IT IS SO ORDERED.**

Dated: January 26, 2016          s/Anthony P. Patti
                                 Anthony P. Patti
                                 UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on January 26, 2016, electronically and/or by U.S. Mail.

                                 s/Michael Williams
                                 Case Manager for the
                                 Honorable Anthony P. Patti