United States District Court
Eastern District of Michigan

**Walter L. Hall**,

    Plaintiff,

v.

**Officer Chapman**, FCI-Milan, UNICOR-Paint A; **N. Jukuri**, Sheet Metal Worker Foreman; **Finch**, General Manager of UNICOR,

    Defendants.

Civil No. 15-13771

Honorable Terrence G. Berg
Mag. Judge Anthony P. Patti

## Order Granting Defendants' Motion to Extend Time to Answer Amended Complaint

Pursuant to Defendants' Motion to Extend Time to Answer Amended Complaint (Dkt. #43) filed on March 9, 2017, IT IS HEREBY ORDERED THAT Defendants have up to and including March 27, 2017, to answer or otherwise respond to plaintiff's Amended Complaint.

Dated: March 16, 2017

    s/Anthony P. Patti
    Anthony P. Patti
    United States Magistrate Judge